# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ELLIOTT WILSON**                                                         **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 1:08cv1353-JMR**

**PEARL RIVER COUNTY**                                         **DEFENDANT**

_____

## FINAL JUDGMENT

This matter came on to be heard on the Motion [44-1] to Dismiss or in the Alternative for Summary Judgment and Qualified Immunity by Defendant Pearl River County filed on November 16, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot. Also, the bench trial set for February 10, 2010 is hereby terminated.

**SO ORDERED AND ADJUDGED**, this the 15th day of January, 2010.

                                                   *s/ John M. Roper, Sr.*
                                         CHIEF UNITED STATES MAGISTRATE JUDGE